**ORDERED.**

Dated: December 18, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,   Case No.: 6:23-bk-05281-TPG

    Debtor.   Chapter 7
_____/

SUSAN P. DINARDI,

    Plaintiff,

v.   Adv. No.: 6:24-ap-00031-TPG

STEPHEN L. PHELPS,

    Defendants.
_____/

**STIPULATED FINAL JUDGMENT OF NONDISCHARGEABILITY**

THIS adversary proceeding came before this Court on the *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A)* ("Complaint"). The Court, having reviewed and considered the Complaint, having noted that the parties to this adversary proceeding have consented and stipulated to the entry of this judgment, and being otherwise fully advised in

the premises, finds that a Final Judgment of Nondischargeability is due to be entered against Debtor/Defendant, Stephen L. Phelps, and in favor of Plaintiff, Susan P. DiNardi.

Accordingly, it is **ORDERED** that:

1. Final Judgment is hereby entered against Debtor/Defendant, Stephen L. Phelps, whose address is 37245 County Road 439, Eustis, Florida 32736, and in favor of Plaintiff, Susan P. Dinardi, in the amount of $40,000.00, which sum is excepted from the Debtor's discharge in Case No.: 6:23-bk-05281-TPG pursuant to 11 U. S. C. §523.

2. Debtor/Defendant's, Stephen L. Phelps, obligations under this Final Judgment shall not be affected by any discharge entered in favor of Debtor/Defendant, Stephen L. Phelps, pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 727, in either Case No. 6:23-bk-05281-TPG or any future bankruptcy case.

**FOR WHICH SUMS LET EXECUTION ISSUE FORTHWITH**

####

*Attorney Kenneth D. Herron, Jr. is directed to serve a copy of this Stipulated Final Judgment on interested parties and file a proof of service within 3 days of entry.*